**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00874-CV

**TERESA WARD COOPER, ET AL., Appellants**

**V.**

**CITY OF DALLAS, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02287-A**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellants' August 13, 2015 motion to review the trial court's August 3, 2015 orders sustaining the contests to appellants' affidavit of indigence. Because more than ten days has passed since the motion was filed, appellants' motion to review is granted by operation of law and appellants are allowed to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(j)(4), (k).

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record **WITHIN THIRTY DAYS** of the date of this order.

We **ORDER** Diane Robert, Official Court Reporter for the 14th Judicial District Clerk to file the reporter's record **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Pitre, Ms. Robert, counsel for appellees, and pro se appellants.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE